No. 886. THE AMERICAN MANUFACTURING COMPANY, PETITIONER, *v.* VALENTI ZULKOWSKI. February 27, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.

*Mr. Thomas F. Magner* for the petitioner.  *Mr. Charles Dushkind* and *Mr. Abram J. Rose* for the respondent.